FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS
04 12032 PBS 2004 SEP 21 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| MARVIN M. SMITH | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | RECEIPT # 58806 |
| | ) MAGISTRATE JUDGE Colen | AMOUNT $ 150 |
| DORCA GOMEZ, WALTER SULLIVAN, | ) | SUMMONS ISSUED N/A |
| JEAN CLANTON, JEANNINE RICE, | ) | LOCAL RULE 4.1 |
| RENT-A-CENTER, INC., ROGER IVERSON, | ) | WAIVER FORM |
| WILLIAM COSTA AND KEVIN BELL | ) | MCF ISSUED |
| Defendants. | ) | BY DPTY. CLK. A.O.M |
| | ) | DATE 9/21/04 |

## PETITION FOR REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MASSACHUSETTS

Rent-A-Center, Inc. ("Defendant"), through its undersigned counsel and pursuant to 28

U.S.C. § 1441, hereby notices the removal of the above-captioned matter from the Suffolk

Superior Court, Commonwealth of Massachusetts, to the United States District Court for the

District of Massachusetts.  In support of removal, Defendant states as follows:

1.     The above-captioned matter was docketed in the Suffolk Superior Court,

Commonwealth of Massachusetts, on or about December 16, 2003.  Copies of the Summons,

Civil Action Cover Sheet, Verified Complaint and attachments, Plaintiff's Notice of Change of

Address, Plaintiff's Motion for Entry of Default Judgment, Affidavit of Marvin M. Smith in

Support of Motion for Entry of Default Judgment, and the Court's Order on Plaintiff's Renewed

Motion for Alternative Process of Service on the Defendant Rent-A-Center, Inc. are attached to

this Petition as <u>Exhibit A</u> and constitute all processes, pleadings and orders served upon Defendant in this action to the present date.[1]

2.    Defendant was served with the Complaint and Summons on or about September 8, 2004.

3.    This Petition for Removal is being filed within thirty (30) days after receipt by Defendant of a copy of the Complaint and Summons by service and is timely filed under 28 U.S.C. §1446(b).

4.    Defendants Dorca Gomez, Walter Sullivan, Jean Clanton, and Jeannine Rice are no longer parties to this action as the Massachusetts Superior Court dismissed plaintiff's claims against them on April 21, 2004.

5.    Plaintiff has not affected proper service on defendants Roger Iverson, William Costa and Kevin Bell.

6.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

7.    Plaintiff is a citizen of the State of Massachusetts.  He is an individual and a resident of the State of Massachusetts.  (<u>See</u> Exhibit A (Summons)).

8.    Since before the time it was served with the Complaint in the Civil Action, Defendant has not been a citizen of the State of Massachusetts.  Defendant was then and is now a corporation existing under the laws of the State of Delaware.  Defendant's principal place of business was then and is now in the State of Texas.  Its main office for all of its business was then and is now located in Plano, Texas.  (<u>See</u> Exhibit A (Verified Complaint)).

9.    Although the Complaint does not specify the precise amount of damages sought, there is a "reasonable probability" that Plaintiff seeks to recover a sum of at least $75,000.

---

[1] The Summons and Verified Complaint were served upon Defendant by "alternative means" pursuant to the Superior Court's Order on Plaintiff's Renewed Motion for Alternative Process of Service on the Defendant Rent-A-Center, Inc, dated July 23, 2004.

Plaintiff seeks to recover back pay in the amount of $72,000, in addition to "compensatory damages and emotional distress and punitive damages" against Defendant. (See Exhibit A (Verified Complaint at 30-31)). Plaintiff also seeks to recover the cost of suit, including attorneys fees. (See id.). This Court accordingly has jurisdiction over the state court action by virtue of the parties' diversity of citizenship. See 28 U.S.C. § 1332(a).

10. Pursuant to Local Rules 3.1 and 4.5 of this Court, a civil cover sheet, civil category sheet and filing fee of $150.00 are enclosed with this Petition for Removal.

11. A copy of this Petition for Removal and a Notice of Removal have this day been served by first class mail to Plaintiff, and have been served by hand to the Suffolk Superior Court for filing pursuant to 28 U.S.C. §1446(d).

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1(a), Defendant will file certified or attested copies of all records and proceedings in the state court action and certified or attested copies of all docket entries therein, including a copy of this Petition for Removal, with this Court within thirty (30) days after filing of this Petition.

WHEREFORE, Defendant respectfully requests that this action be removed to the United States District Court for the District of Massachusetts.

Respectfully submitted,

RENT-A-CENTER, INC.

By its attorneys,

Suzanne M. Suppa (BBO #565075)
Laurie Drew Hubbard (BBO #651109)
Littler Mendelson, P.C.
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2831

Dated: September 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff and all counsel of record, by mail on this 20th day of September.

Suzanne M. Suppa

Dated: September 20, 2004

Boston:3857.1 047470.1002