COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 03-5898-A

Marvin M. Smith,
Plaintiff.

v.

Rent-A-Center, Inc.,
Kevin Bell, William Costa
And Roger Iverson.
Defendants.

MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now comes the Plaintiff Marvin M. Smith, and moves this Court pursuant to Mass. Rules. Civ. P. 55(a), and request that a Entry of Default Judgment be entered against the Defendants Rent-A-Center, Inc., Kevin Bell, William Costa and Roger Iverson, as the Defendants have failed to plead or otherwise defend this above-entitled action, as provided by pursuant to Mass. Rules Civ. P. 6(b), Mass. Rules Civ. P.12(a)(1).

In support of this Motion for entry of Default Judgment, please find attached Affidavit.

Dated: August 22, 2004.

Submitted By

Marvin M. Smith
W-81728
One Administration Road
Bridgewater, Mass 02324

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 03-5898-A

Marvin M. Smith, )
Plaintiff. )

v. )

Rent-A-Center, Inc., )
Kevin Bell, )
William Costa
Roger Iverson, et al )
Defendants. )

**AFFIDAVIT OF PLAINTIFF MARVIN M. SMITH IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

I, Marvin M. Smith, hereby depose and says:

1. I, Marvin M. Smith, am the Plaintiff in the above-entitled action.

2. Plaintiff seeks, Entry Of Default Judgment against the Defendants Rent-A-Center Inc., Kevin Bell, William Costa and Roger Iverson, all employees and Official of the Rent-A-Center, Inc., for their failure to plead or otherwise defend the action.

3. Plaintiff states, that Defendants Rent-A-Center, Inc., Nor Defendants Kevin Bell, William Costa or Roger Iverson are infants, nor incompetent person.

4. The Plaintiff is owed $72,000.00. in past earnings.

5. Plaintiff states, that defendant Rent-A-Center, Inc., is not a Person in Military Service as defined in Article I of the Soldiers' and Sailors Civil Relief Act of 1940.

6. Plaintiff states, that Defendant Kevin Bell, is not a Person in Military Service as defined in Article I of the Soldiers' and Sailors Civil Relief act of 1940.

7. Plaintiff States, that Defendant William Costa, is not a Person in Military Service as defined in Article I of the Soldiers' and Sailors Civil Relief Act of 1940.

8. Plaintiff states, that Defendant Roger Iverson, is not a Person in Military Service as defined in Article I of the Soldiers' and Sailors Civil Relief act of 1940.

9. Plaintiff further states, the above-entitled civil action was commenced on the date of December 16, 2003.

10. Plaintiff additionally states, that the Defendants Kevin Bell, William Costa and Roger Iverson, were served copies of both summons and complaint on the date of March 25, 2004.

11. Additionally, that Defendants Rent-A-Center, Inc., were served with both a copy of the Complaint and summons, on the date of May 7, 2004.

12. Plaintiff finally states, Defendants have failed

to plead or otherwise defend the action.

I, Marvin M. Smith, sign the foregoing Affidavit of Marvin M. smith, in support of Motion For Entry of Default Judgment, under the pains and penalties of perjury this 22nd day of August 2004.

Marvin M. Smith

Marvin M. Smith
W-81728
One Administration Road
Bridgewater, Mass 02324

CERTIFICATION OF SERVICE

I, Marvin M. Smith, did cause the foregoing Motion For Entry Of Default Judgment/Affidavit Of Plaintiff Marvin M. Smith In Support Of Motion For Entry Of Default Judgment, and Notice of change of address, to be served on the Defendants Rent-A-Center, Inc., Kevin Bell, William Costa and Roger Iverson, by mailing the same to Rent-A-Center Inc. Regional Headquarter at Three Deerfield Corporate Center, 378 Page Street Stoughton, Mass 02072, and by mailing the same to Defendants Counselor Robert F. Friedman, Attorney Law Office of Winstead Sechrest & Minick 5400 Renaissance Tower 1201 Elm Street Dallas, Texas 75270. Certified Mail Reciept Return Requested on this 22nd day of August 2004.

Marvin M. Smith

NOTIFY

01

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 03-5898-A

Notice sent
7/29/2004
M. S. B.
M. M. S.
(sc)

Marvin M. Smith,
Plaintiff.

v.

Rent-A-Center, Inc., et al.
Defendants.

Honorable Paul Troy

**PLAINTIFF'S RENEWED MOTION FOR ALTERNATIVE PROCESS OF SERVICE ON THE DEFENDANT RENT-A-CENTER, INC**

Now comes the Plaintiff, pursuant ot Mass. Rules. Civ. P. 4(d)(1)(2)(5), and again seek relief in the form of Plaintiff's Renewed Motion For Alternative Process Of Service on the Defendant Rent-A-Center, Inc.

Plaintiff states, that the Plaintiff has sought every means possible to make service on the Defendant Rent-A-Center, Inc; that the Plaintiff has employed the Norfolk County Sheriff Division of Civil Process to serve Defendants, and that Sheriff has made service on Defendant at Defendants usual abode. (See attached Affidavit and Exhibits)

Plaintiff additionally states, that the Defendants will not be harmed, if the Court grants the Plaintiff's requested relief,

7/23/04 After hearing and review of the affidavit supporting this motion, Motion allowed. Plaintiff may serve defendant Rent-A-Center, Inc. by mailing copies of the summons and complaint, along with a copy of this order, by U.S. mail, certified return receipt requested, to Rent-A-Center at its Stoughton, Mass. address reflected in the motion, as well as to the [illegible] Plano Rent-A-Center [illegible]. Copies should also be sent via certified mail to defendants' counsel before the MCAD, attorney Freedman, at his Dallas, Texas office. Plaintiff shall file with court an affidavit of proof of service with the return receipts once received back. This order relates only to defendant Rent-A-Center, Inc. The court takes no position at this time as to whether plaintiff has properly served defendants Iverson, Costa and Bell.
Troy, J.