Attachment to Question 8

FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 21 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

04 - 12032 PBS

| | |
|---|---|
| MARVIN M. SMITH<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| DORCA GOMEZ, WALTER SULLIVAN,<br>JEAN CLANTON, JEANNINE RICE,<br>RENT-A-CENTER, INC., ROGER IVERSON,<br>WILLIAM COSTA AND KEVIN BELL<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## MOTIONS PENDING IN STATE COURT

Plaintiff filed a Motion for Entry of Default Judgment in the state court. This Motion was received by defendant Rent-A-Center for the first time with the service of the Summons and Complaint.

Boston:3885.1 047470.1002