

# LITTLER MENDELSON®

FILED
IN CLERKS OFFICE

2004 OCT -4  P 3:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 4, 2004

Laurie Drew Hubbard
Direct: 617.217.2081
Direct Fax: 617.217.2559
lhubbard@littler.com

**BY HAND**

Clerk of Court
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Re:   ***Smith v. Rent-A-Center, Inc.***
      Civil Action No. 04-12032-PBS

Dear Clerk:

Enclosed for filing in the above-referenced matter please find a certified copy of all pleadings filed in the Massachusetts Superior Court sitting in Suffolk County.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or need additional information.

Very truly yours,

*Laurie Drew Hubbard*

Laurie Drew Hubbard

Enclosure

cc:   Suzanne M. Suppa, Esq. (w/enc.)

Boston:4109.1 047470.1002

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
One International Place, Suite 2700, Boston, Massachusetts 02110  Tel: 617.378.6000 Fax: 617.737.0052