COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                   SUPERIOR COURT
                                               CIVIL ACTION
                                               NO. 03-5898-A

Marvin M. Smith,
        Plaintiff.

v.

Massachusetts Commission
Against Discrimination, et al.
Rent-A-Center, Inc., et al.
        Defendants.

## MOTION FOR ALTERNATIVE PROCESS OF SERVICE

Now comes the Plaintiff Marvin M. Smith, and moves this Court pursuant to Mass. Rules. Civ. P. 4(c) Motion For Alternative Process Of Service.

Plaintiff's Motion request that the Plaintiff be allowed to Service the Defendants Rent-A-Center, Inc., Kevin Bell, William Costa and Roger Iverson, copies of both Civil Action and Summons, via Certified Mail, to the Headquarters of Rent-A-Center, Inc., Three Deerfield Corporate Center 378 Page Street Stoughton, Massachusetts 02072, and or in the alternative Defendants Counsel Robert F. Friedman, Law Offices of Winstead Sechrest & Minick 5400 Renaissance Tower 1201 Elm Street Dallas, Texas 75270.

In support of the Plainiff's Motion For Alternative Process Of Service, Please find Plaintiff's Affidavit attached.

Dated: March 21, 2004                    Submitted By

Served On:
Robert F. Friedman, Attorney             Marvin M. Smith
                                         2251A Washington Street
                                         Newton, Massachusetts 02462
                                         (617) 965-8682