# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket


EXHIBIT B

10/05/2004
11:48 AM

### SUCV2003-05898
### Smith, W81728 v Gomez, individually et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 12/16/2003 | **Status** | Disposed: transferred to other court (dtrans) | | |
| **Status Date** | 09/22/2004 | **Session** | A - Civil A | | |
| **Origin** | 1 | **Case Type** | E02 - Admin agency appeal (30A) | | |
| **Lead Case** | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 03/15/2004 | **Answer** | 05/14/2004 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 06/13/2004 | **Disposition** | 07/13/2004 | **Jury Trial** | No |

**Plaintiff**
Marvin M. Smith, W81728
One Administration Road
Bridgewater, MA 02324
Phone:
Active 12/16/2003 Notify

**Defendant**
Dorca I Gomez, individually
Suspend time stan re party 04/01/2004

**Private Counsel 629169**
Matthew S Buehler
Mass Comm Against Discrimination
1 Asburton Place
6th floor  Room 601
Boston, MA 02108
Phone: 617-994-6000
Active 03/09/2004 Notify

**Defendant**
Dorca I Gomez, Chairwomen Mass Commission
Against Discrimination
Suspend time stan re party 04/01/2004

**Defendant**
Walter Sullivan Jr, individually
Suspend time stan re party 04/01/2004

**Private Counsel 629169**
Matthew S Buehler
Mass Comm Against Discrimination
1 Asburton Place
6th floor  Room 601
Boston, MA 02108
Phone: 617-994-6000
Active 03/09/2004 Notify

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

## SUCV2003-05898
### Smith, W81728 v Gomez, individually et al

**Defendant**
Walter Sullivan Jr, Investigating Comr Mass Commission Against Discrimi
Suspend time stan re party 04/01/2004

**Defendant**
Jean A Clanton, individually
Suspend time stan re party 04/01/2004

Private Counsel 629169
Matthew S Buehler
Mass Comm Against Discrimination
1 Asburton Place
6th floor Room 601
Boston, MA 02108
Phone: 617-994-6000
Active 03/09/2004 Notify

**Defendant**
Jean A Clanton, Supervisor Mass Commission Against Discrimination
Suspend time stan re party 04/01/2004

**Defendant**
Jeannine Rice, individually
Suspend time stan re party 04/01/2004

Private Counsel 629169
Matthew S Buehler
Mass Comm Against Discrimination
1 Asburton Place
6th floor Room 601
Boston, MA 02108
Phone: 617-994-6000
Active 03/09/2004 Notify

**Defendant**
Jeannine Rice, Investigator Mass Commission Against Discrimin
Suspend time stan re party 04/01/2004

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-05898
## Smith, W81728 v Gomez, individually et al

| | |
|---|---|
| **Defendant**<br>Rent-A-Center Inc<br>Suspend time stan re party 04/01/2004 | **Private Counsel 565075**<br>Suzanne M Suppa<br>Littler Mendelson Fastiff & Tich<br>225 Franklin street<br>Boston, MA 02110<br>Phone: 617-217-2831<br>Active 09/22/2004 Notify<br><br>**Private Counsel 651109**<br>Laurie D Hubbard<br>225 Franklin St<br>26th Floor<br>Boston, MA 02110<br>Phone: 617-217-2831<br>Fax:<br>Active 09/22/2004 Notify |
| **Defendant**<br>Roger Iverson, individually<br>Suspend time stan re party 04/01/2004 | |
| **Defendant**<br>Roger Iverson, Regional Manager Mass<br>Rent-A-Center<br>Served: 03/25/2004<br>Served (answr pending) 04/12/2004 | |
| **Defendant**<br>William Costa, individually<br>Suspend time stan re party 04/01/2004 | |
| **Defendant**<br>William Costa, Market Manager Central Boston<br>Rent-A-Center Inc<br>Served: 03/25/2004<br>Served (answr pending) 04/12/2004 | |

## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## SUCV2003-05898
### Smith, W81728 v Gomez, individually et al

**Defendant**
Kevin Bell, individually
Suspend time stan re party 04/01/2004

**Defendant**
Kevin Bell, Manager Jamaica Plain Mass
Rent-A-Center Inc
Served: 03/25/2004
Served (answr pending) 04/12/2004

| Date | Paper | Text |
|---|---|---|
| 12/16/2003 | 1.0 | Complaint |
| 12/16/2003 | | Origin 1, Type E02, Track X. |
| 12/16/2003 | 2.0 | Civil action cover sheet filed |
| 01/08/2004 | 3.0 | Motion of plff for service by certified mail (w/o opposition) |
| 01/08/2004 | 4.0 | Affidavit of plff Marvin M Smith in support of plff's motion for service by certified mail |
| 01/20/2004 | | Ruling: MOTION (P#3) DENIED for lack of showing of necessity. plff may seek permission for service by registered Massachusetts constable as a special process server, or he may use the appropriate County Sheriff. (Mitchell J. Sikora, Justice) Notices mailed January 15, 2004 (entered 1/13/04) |
| 03/29/2004 | 5.0 | Motion of plff for alternative process of service (w/o opposition) |
| 03/30/2004 | 6.0 | Motion of plff to enlarge time to make process of service on defts Rent-A-Car, Inc, Kevin Bell, William Costa & Roger Iverson (w/o opposition) |
| 03/31/2004 | 7.0 | Affidavit of Marvin M Smith in support of motion to enlarge time |
| 04/01/2004 | | Suspend time standards re Defendants: (See Motion P#6 to enlarge time to complete service (Motion still pending) |
| 04/01/2004 | | Case status changed to 'Needs status review' at service deadline review |
| 04/07/2004 | | MOTION (P#6) Ruling: ALLOWED in reliance upon the representation that the Norfolk Deputy Sheriffs have been unable to accomplish service by March 15, 2004. Order: The deadline for service shall extend to May 15, 2004. Plaintiff shall by then eithr document service or all unsuccessful efforts to achieve service (Sikora, Justice) (Dated 4/2/04) Notices mailed April 05, 2004 |
| 04/07/2004 | | MOTION (P#5) Ruling and Order: (1) DENIED (without prejudice (2) Plaintiff Smith has not furnished the court with a copy of the return commmunication from the Norfolk Sheriff's Deputies describe plaintiff inability to make personal service on the defendants at 378 Page |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-05898
### Smith, W81728 v Gomez, individually et al

| Date | Paper | Text |
|---|---|---|
| | | Street, Stougton. Exhibit D is not such a communication. (3) A copy of the Sheriffs report shall be due by close of April 30, 2004 (Sikora, Justice) (Dated 3/31/04) Notices mailed April 02, 2004 |
| 04/08/2004 | 8.0 | Defts Dorca Gomez Walter Sullivan Jean Clanton and Jeannine Rice motion to dismiss for lack of jurisdiction and failure to state a claim upon which relief may be granted (w/o opposition) |
| 04/12/2004 | 9.0 | SERVICE RETURNED: Roger Iverson, Regional Manager Mass Rent-A-Center(Defendant) (in hand 3/25/04) |
| 04/12/2004 | 10.0 | SERVICE RETURNED: Kevin Bell, Manager Jamaica Plain Mass Rent-A-Center Inc(Defendant) (in hand 3/25/04) |
| 04/12/2004 | 11.0 | SERVICE RETURNED: William Costa, Market Manager Central Boston Rent-A-Center Inc(Defendant) (in hand 3/25/04) |
| 04/13/2004 | | MOTION (P#8) ALLOWED (Paul E. Troy, Justice) Notices mailed April 13, 2004 |
| 04/20/2004 | 13.0 | Plaintiff Marvin M Smith's / Motion of opposition to the defendants Dorca Gomez, Walter Sullivan Jean Clanton and Jeannine Rice's Motin to Dismiss for lack of jurisdiction and failure to state a clim upon which relief may be granted |
| 04/21/2004 | 12.0 | JUDGMENT ON MOTION TO DISMISS (MASS R CIV P 12(b) That the complaint of plff is Dismissed against defts Dorca Gomez, Walter Sullivan Jean Clanton and Jannine Rice and defts recover costs entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) Troy J |
| 04/22/2004 | 14.0 | Plff's emergency motion for relief from judgment and for rule 59 reconsideration (w/o oppposition) |
| 04/26/2004 | 15.0 | Reply of defts Dorca Gomez, Walter Sullivan, Jean Clanton and Jeannine Rice to plff's emergency motion for relief from judgment & Rule 59 reconsideration |
| 05/17/2004 | 16.0 | defts Dorca Gomez walter Sllivan Jean Clanton and Jeannine Rice motion to dimsiss plff's amended complaint (w/opposition) |
| 05/20/2004 | 17.0 | Motion of plff to further extend time to file process service on the deft Rent A Car (w/o opposition) |
| 05/20/2004 | 18.0 | Petition for writ of habeas corpus ad testificandum |
| 08/02/2004 | | MOTION (P#14) DENIED for the reasons stated in the court's allowance of the motion of there defts to dismiss plff's amended complaint (paper#16) (Troy, Justice) Notices mailed July 29, 2004 (entered 7/23/04) |
| 09/02/2004 | 19.0 | Motion of plff for entry of default judgment against defts Rent-A-Center, Inc, Kevin Bell, William Costa & Roger Iverson under Rule 55(a) (w/o opposition) |
| 09/02/2004 | 20.0 | Affidavit of plff Marvin M Smith in support of motion for entry of default judgment |
| 09/21/2004 | | MOTION (P#19) Preliminiminary ruling and order (1) The plff's supporting affidavit reports that he commenced this action on December 16, 2003 and that he achieved service on the defts on November 25, and May 7, 2004 respectivly (2) Mass rules of civil |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2003-05898
### Smith, W81728 v Gomez, individually et al

| Date | Paper | Text |
|------|-------|------|
|  |  | procedure requires a plff to complete service by close of 90 days from commencement or else "show good cause why such service was not made within that period" If the plff fails to show "good cause" the rule commands the judge to dismiss the action withou prejudice (3) Therefore the plff must submit papers showing "good cause" for the failure to make service within the original 90 days they should submit such papers by close of October 20, 2004 (Sikora,J) Notice Sent 9/21/04 (entered 9/20/04) |
| 09/21/2004 |  | Certified copy of petition for removal to U. S. Dist. Court of Deft. Rent-A-Center, Inc.U. S. Dist.#(04-12032PBS). |
| 09/22/2004 |  | Case REMOVED this date to US District Court of Massachusetts |

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 05/26/2004 | Civil A | Motion/Hearing: Reconsideration | Event not reached by Court |
| 06/11/2004 | Civil A | Motion/Hearing: miscellaneous  This is a video conference. Be prepared to discuss any and all outstanding issues | Event held as scheduled |