NOTIFY

01

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 03-5898-A

Notice sent
7/29/2004
M. S. B.
M. M. S.
(sc)

Marvin M. Smith,
Plaintiff.

v.

Rent-A-Center, Inc., et al.
Defendants.

Honorable Paul Troy

**PLAINTIFF'S RENEWED MOTION FOR ALTERNATIVE PROCESS OF SERVICE ON THE DEFENDANT RENT-A-CENTER, INC**

Now comes the Plaintiff, pursuant ot Mass. Rules. Civ. P. 4(d)(1)(2)(5), and again seek relief in the form of Plaintiff's Renewed Motion For Alternative Process Of Service on the Defendant Rent-A-Center, Inc.

Plaintiff states, that the Plaintiff has sought every means possible to make service on the Defendant Rent-A-Center, Inc; that the Plaintiff has employed the Norfolk County Sheriff Division of Civil Process to serve Defendants, and that Sheriff has made service on Defendant at Defendants usual abode. (See attached Affidavit and Exhibits)

Plaintiff additionally states, that the Defendants will not be harmed, if the court grant the Plaintiff's requested relief,

7/23/04 After hearing and review of the affidavit supporting this motion, Motion allowed. Plaintiff may serve defendant Rent-A-Center, Inc. by mailing copies of the summons and complaint, along with a copy of this order, by U.S. mail, certified return receipt requested, to Rent-A-Center at its [illegible] address reflected in the instant [illegible] as well as to the [illegible] Rent-A-Center at [illegible]. Copies should also be sent via certified mail to defendants' counsel before the NCAD, attorney Freedman, at his Dallas Texas office. Plaintiff shall file with court an affidavit of proof of service with the return receipts once received back. This order relates to defendant Rent-A-Center, Inc. The court takes no position at this time as to whether plaintiff has properly served defendants Iverson, Costa and Bell.
Troy, J.