UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARVIN M. SMITH<br>  Plaintiff,<br><br>v.<br><br>DORCA GOMEZ, WALTER SULLIVAN,<br>JEAN CLANTON, JEANNINE RICE,<br>RENT-A-CENTER, INC., ROGER IVERSON,<br>WILLIAM COSTA AND KEVIN BELL<br>  Defendants. | Civil Action No.<br>04-12021-PBS |

## NOTICE OF CHANGE OF ADDRESS

Please note that effective immediately, the address of the attorney for the Defendant, Rent-A-Center, Inc., is as follows:

Suzanne M. Suppa
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone: (617) 378-6004
Facsimile: (617) 737-0052

                                       Respectfully submitted,

                                       RENT-A-CENTER, INC.

                                       By its attorneys,

                                       /s/ Suzanne M. Suppa

                                       Suzanne M. Suppa (BBO #565075)
                                       Laurie Drew Hubbard (BBO #651109)
                                       Littler Mendelson, P.C.
                                       One International Place, Suite 2700
                                       Boston, MA 02110
                                       (617) 378-6004

Dated: October 29, 2004

Boston:4634.1 047470.1002

## CERTIFICATE OF SERVICE

I, Suzanne M. Suppa, hereby certify that on this 29th day of October, 2004, I caused a true copy of the foregoing Notice of Change of Address to be served upon the plaintiff (pro se) by mail.

_____
Suzanne M. Suppa