UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARVIN M. SMITH<br><br>    Plaintiff,<br><br>v.<br><br>DORCA GOMEZ, WALTER SULLIVAN,<br>JEAN CLANTON, JEANNINE RICE,<br>RENT-A-CENTER, INC., ROGER IVERSON,<br>WILLIAM COSTA AND KEVIN BELL<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12021-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that, effective immediately, the address of the attorney for the Defendant, Rent-A-Center, Inc., is as follows:

> Laurie Drew Hubbard, Esq.
> Littler Mendelson, P.C.
> One International Place
> Suite 2700
> Boston, MA  02110
> Phone:  (617) 378-6013
> Facsimile:  (617) 737-0052
> E-Mail:  lhubbard@littler.com

Respectfully submitted,

RENT-A-CENTER, INC.

By its attorneys,

*Laurie Drew Hubbard*
Suzanne M. Suppa (BBO #565075)
Laurie Drew Hubbard (BBO #651109)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA  02110
(617) 378-6013

Dated:  November 5, 2004

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the plaintiff (pro se) by first-class mail on November 5, 2004.

*Laurie Drew Hubbard*
Laurie Drew Hubbard

Boston:4733.1 047470.1002