UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARVIN M. SMITH<br>    Plaintiff,<br><br>v.<br><br>DORCA GOMEZ, WALTER SULLIVAN,<br>JEAN CLANTON, JEANNINE RICE,<br>RENT-A-CENTER, INC., ROGER IVERSON,<br>WILLIAM COSTA AND KEVIN BELL<br>    Defendants. | C.A. No. 04-12032-PBS |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Marvin M. Smith ("Smith") and defendant Rent-A-Center, Inc. ("RAC") submit the following joint statement:

I.    Smith and RAC propose the following schedule for this litigation:

| November 25, 2004 | Exchange of Automatic Discovery |
|---|---|
| June 1, 2005 | All written discovery served |
| June 1, 2005 | Rule 26(a)(2)(b) Expert Disclosure by Plaintiff |
| July 1, 2005 | All non-expert discovery completed (including depositions and written discovery) |
| July 1, 2005 | Rule 26(a)(2)(b) Expert Disclosure by Defendant |
| August 1, 2005 | Expert Depositions and Discovery, if any, completed |
| August 1, 2005 | Deadline to Amend Pleadings and Add Parties |
| September 1, 2005 | Dispositive Motions filed |
| October 2005 | Pretrial Conference (or after dispositive motions are ruled on by the Court) |

II.  Other Matters Pursuant to Rule 16.1:

   a.  RAC does not consent to a trial by Magistrate Judge at this time.

   b.  Smith presented a written settlement proposal to RAC. Counsel for RAC will confer with RAC regarding Smith's proposal.

   c.  Certifications under Local Rule 16(d)(3) will be filed with the Court with copies being sent to the parties.

Respectfully Submitted,

MARVIN M. SMITH                    RENT-A-CENTER, INC.

                                   By its attorneys,

W-81728                            Suzanne M. Suppa (BBO #565075)
Old Colony Correctional Center     Laurie Drew Hubbard (BBO #651109)
1 Administration Road              Littler Mendelson, P.C.
Bridgewater, MA 02324              One International Place, 27th Floor
                                   Boston, MA 02110
                                   (617) 378-6000

Dated: November 10, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff (pro se) by mail on this 10th day of November 2004.

                                   Suzanne M. Suppa

Dated: November 10, 2004