UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARVIN M. SMITH<br>    Plaintiff,<br><br>v.<br><br>DORCA GOMEZ, WALTER SULLIVAN,<br>JEAN CLANTON, JEANNINE RICE,<br>RENT-A-CENTER, INC., ROGER IVERSON,<br>WILLIAM COSTA AND KEVIN BELL<br>    Defendants. | C.A. No. 04-12032-PBS |

### DEFENDANT RENT-A-CENTER'S RULE 16(d)(3) CERTIFICATION

Defendant Rent-A-Center, Inc., and its undersigned counsel, hereby certify that they have conferred to establish a budget for the costs of the above captioned litigation and that they have discussed the use of alternative dispute resolution as a possible means of resolving this litigation.

                                                    RENT-A-CENTER, INC.

                                                    By its attorneys,

                                                    Suzanne M. Suppa (BBO #565075)
                                                    Laurie Drew Hubbard (BBO #651109)
                                                      Littler Mendelson, P.C.
                                                      One International Place, 27th Floor
                                                      Boston, MA 02110
                                                      (617) 378-6000

                                                    Diane Brown
                                                    Rent-A-Center

Dated: November 16, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the plaintiff (pro se) by mail on this 16 day of November 2004.

_____
Suzanne M. Suppa

Dated: November 16, 2004

Boston:4895.1 047470.1002