UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA.

YOU ARE COMMANDED to have the body of Marvin M. Smith now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on April 25, 2005, at 3:00 p.m. for the purpose of a Scheduling Conference in the case of Marvin M. Smith V. Rent-A-Center, Inc., et a, CA Number 04-12032-PBS.  And you are to retain the body of said Marvin M. Smith while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Marvin M. Smith to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 11th day of March, 2005.

* D.O.B unknown
   SS# unknown


PATTI B. SARIS
United States District Judge

                                                            TONY ANASTAS, CLERK


                                                            By: /s/ Robert C. Alba
                              SEAL                              Deputy Clerk