# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

April 11, 2005

Suzanne M. Suppa
Direct: 617.378.6004
Direct Fax: 617.737.0052

**BY HAND DELIVERY**

Civil Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:    *Marvin M. Smith v. Rent-A-Center, Inc., et al.*
       Civil Action No. 04-12032-PBS

Dear Sir or Madam:

Enclosed for filing in the above-captioned matter, please find the Revised Joint Statement Pursuant to Local Rule 16.1.

Kindly date stamp the enclosed copy of this letter and return it to me via the awaiting messenger.

Thank you for your attention to this matter.

Sincerely,

Suzanne M. Suppa

Enclosure

cc:  Marvin M. Smith (w/enc.)

ARIZONA

CALIFORNIA

COLORADO

DISTRICT OF
COLUMBIA

FLORIDA

GEORGIA

ILLINOIS

MASSACHUSETTS

MINNESOTA

NEVADA

NEW JERSEY

NEW YORK

NORTH CAROLINA

OHIO

PENNSYLVANIA

TEXAS

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ℠
One International Place, Suite 2700, Boston, Massachusetts 02110  Tel: 617.378.6000 Fax: 617.737.0052
Boston:7551.1 047470.1002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARVIN M. SMITH<br>      Plaintiff,<br><br>v.<br><br>DORCA GOMEZ, WALTER SULLIVAN,<br>JEAN CLANTON, JEANNINE RICE,<br>RENT-A-CENTER, INC., ROGER IVERSON,<br>WILLIAM COSTA AND KEVIN BELL<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)        C.A. No.  04-12032-PBS |

**REVISED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Marvin M. Smith ("Smith") and defendant Rent-A-Center, Inc. ("RAC") submit the following revised joint statement[1]:

I.    Smith and RAC propose the following schedule for this litigation:

| May 25, 2005 | Exchange of Automatic Discovery |
|---|---|
| November 1, 2005 | All written discovery served |
| November 1, 2005 | Rule 26(a)(2)(b) Expert Disclosure by Plaintiff |
| December 1, 2005 | All non-expert discovery completed (including depositions and written discovery) |
| December 1, 2005 | Rule 26(a)(2)(b) Expert Disclosure by Defendant |
| January 1, 2005 | Expert Depositions and Discovery, if any, completed |
| January 1, 2005 | Deadline to Amend Pleadings and Add Parties |
| February 1, 2005 | Dispositive Motions filed |
| March 1, 2005 | Pretrial Conference (or after dispositive motions are ruled on by the Court) |

---

[1] The parties submitted a Joint Statement on November 10, 2004 in anticipation of the November 17, 2004 Scheduling Conference. By order of the Court, that conference was cancelled. The revised Joint Statement is identical to the originally filed statement except the discovery dates have been moved up to account for the four and a half month postponement of the proceedings.

II.     Other Matters Pursuant to Rule 16.1:

      a.     RAC does not consent to a trial by Magistrate Judge at this time.

      b.     Smith presented a written settlement proposal to RAC.  Counsel for RAC conferred with RAC regarding Smith's proposal.

      c.     RAC's Certification under Local Rule 16(d)(3) was filed with the Court with copies being sent to the parties, on November 16, 2004.

Respectfully Submitted,

MARVIN M. SMITH                                          RENT-A-CENTER, INC.

                                              By its attorneys,

W-81728                                                          Suzanne M. Suppa (BBO #565075)
Old Colony Correctional Center                      Laurie Drew Hubbard (BBO #651109)
1 Administration Road                                     Littler Mendelson, P.C.
Bridgewater, MA 02324                                 One International Place, 27th Floor
                                                                        Boston, MA 02110
                                                                        (617) 378-6000

Dated:  April ___, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff (pro se) by mail on this ___ day of April 2005.

Suzanne M. Suppa

Dated:  April ___, 2005

- 2 -