Marvin M. Smith                                January 29, 2004
2251A Washington Street
Newton, Massachusetts 02071

Robert F. Friedman, Attorney
Winstead Sechrest & Minick
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270


PLAINTIFF'S EXHIBIT B

RE: Notice Of Lawsuit And Request For Waiver Of Service
    Of Summons:

Dear Attorney Robert F. Friedman:

    A Lawsuit has been commence against your clients Rent-A-Center, Inc., Roger Iverson, Regional Manager of Rent-A-Center, Inc., Massachusetts. William Costa, Market Manager Rent-A-Center, Inc. Central Boston, Massachusetts and Kevin Bell, Manager of the Jamaica Plain, Massachusetts Rent-A-Center, Inc., A copy of the Complaint is attached to this Notice. It has been filed in the Suffolk Superior Court Boston, Massachusetts, and has been assigned Docket Number 03-5898-A

    This is not a formal Summons or notification from the Court, but rather my request that you sign and return the enclosed Waiver of Service in order to save the cost of serving Rent-A-Center, Inc., William Costa, Roger Iverson and Kevin Bell, with a Judicial Summons and additional copies of the Complaint. As you were the Attorney representing these Defendants before the Massachusetts Commission Against Discrimination, a Judicial Agency in the State Of Massachusetts. The cost of service will be avoided if I receive a signed copy of the Waiver within 21 days after the date designated below as the date on which this Notice and request is sent. I've enclosed a Stamped Self-addressed envelope for your use.

    If you comply with this request and return the signed Waiver, it will be filed with the Court and summons will be

-2-

served on Defendants Rent-A-Center, Inc., Kevin Bell, William Costa and Roger Iverson. The action will proceed as if Defendants had been served on the date the waiver is filed, except that you will not be obligated to Answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

If you do not return this signed Waiver within the time indicated, I will take appropriate steps to effect Formal Service in a manner authorized by Massachusetts Rules Civil Procedures 4. And will then, to the extent authorized by those rules, ask the court to require Defendants Rent-A-Center, Inc., Roger Iverson, William Costa and Kevin Bell to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to Waive the service of the summons, which is set forth herein the Waiver form.

I, Marvin M. Smith, affirm that this request is being sent to Defendants Rent-A-Center, Inc., Roger Iverson, William Costa and Kevin Bell's Counselor Robert F. Friedman, Law Offices of Winstead Sechrest & Minick 5400 Renaissance Tower 1201 Elm Street Dallas Texas 75270. This January 29th date 2004.

Marvin M. Smith

Marvin M. Smith
2251A Washington Street
Newton, Mass 02462



To: Marvin M. Smith

RE: Marvin M. Smith v. Rent-A-Center, Inc., et al. No. 03-5898-A
    Suffolk Superior Court.

## WAIVER OF SERVICE OF SUMMONS

    I, Robert F. Friedman acknowledge receipt of your request that Defendants Rent-A-Center, Inc., Roger Iverson, Wiilaim Costa and Kevin Bell Waive Service Of Summons in the action Marvin M. Smith v. Rent-a-Center, Inc., et al. Supra. No. 03-5898-A (Suffolk Superior Court) Boston, Massachusetts. I Attorney Robert F. Friedman have also received a copy of the Complaint in the action, two copies of this intrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of Service Of Summons and additional copies of the Complaint in this lawsuit by not requiring that I be served with Judicial Process in the manner provided by Mass. Rules. Civ. P. 4.  I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue on a defect in the summons or in the service of the summons.

    I understand that a Judgment may be entered against Rent-A-Center, Inc., William Costa, Kevin Bell and Roger Iverson if an answer or Motion under Mass. Rules. Civ. P. 12 is not served upon you within 60 days after or within 90 days after that date if the request was sent.

                                                   Robert F. Friedman
                                                   Winstead Sechrest & Minick
                                                   5400 Renaissance Tower
                                                   1201 Elm Street
                                                   Dallas, Texas 75270



U.S. Postal Service Delivery Confirmation Receipt

DELIVERY CONFIRMATION NUMBER:
0303 2460 0000 3746 6622

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

(Please Print Clearly)
Friedman
5400 Renaissance Tower
1201 Elm St. Dallas TX 75270

Postmark: BRIGHTON 02135 USPS FEB 3 2004

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002