PLAINTIFF'S EXHIBIT C

CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: Norfolk Sheriff Dept.

ADDRESS: 2015 Washington St Braintree MA

C.O.D. OR USED FOR: Process Service Deputy Russ

SERIAL NUMBER: 065422510264

YEAR, MONTH, DAY: 2004-03-01

POST OFFICE: 024651

AMOUNT: $124.00

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

CLERK: 005

