Mr. Marvin M. Smith
W-81728
Old Colony Correctional Center
1 Administration Road
Bridgewater, Massachusetts 02324

[Postmark: BROCKTON MA 02301, OCT 2004]

Micneal Joseph Donovan, Clerk of Court
Suffolk Superior Court (8th Floor)
U.S. Post Office & Courthouse
~~90 Devonshire Street~~ 90 Devonshire St
Boston, Massachusetts 02108

PLAINTIFF'S
EXHIBIT
D
Blumberg No. 5113

