

PLAINTIFF'S EXHIBIT G

**REGION 02 PHONE LIST**                                      September 26, 2000

| Str# | Store Name | Store Address | City/State/Zip | Store Manager | Phone # | Fax # |
|---|---|---|---|---|---|---|
| 1539 | Beverly | 220 Cabot St. | Beverly, MA 01915 | Kathy Jannuzzi | 978-921-5900 | 978-921-6668 |
| 1544 | Chelsea | 166 Everett Ave., Mystic Mall | Chelsea, MA 02150 | Richard Lemon | 617-884-9566 | 617-889-9524 |
| 1560 | Lynn | 171 Union St. | Lynn, MA 01901 | John Arnold | 781-599-5665 | 781-581-2780 |
| 1565 | Revere | 104 Squire Rd., Northgate Shpg. Ctr. | Revere, MA 02151 | Kevin Lyons | 781-284-7747 | 781-284-0396 |
| NS076 | Medford | | | | | |
| NS077 | Malden | | | | | |
| NS078 | Woburn | | | | | |
| NS079 | Lynnfield | | | | | |
| M12 | Boston North | Harbor Pl., 7 Rantoul St., Ste. 203 | Beverly, MA 01915 | John MacKay | 978-232-1179 | 978-232-1187 |
| 1540 | East Boston | Day Square, 343 Chelsea St. | E. Boston, MA 02128 | Kevin Bell | 617-561-9050 | 617-561-8506 |
| 1541 | S. Boston | 416 W. Broadway | S. Boston, MA 02127 | Jeremy Hayes | 617-269-8840 | 617-269-8843 |
| 1542 | Boston S. End | 491 Massachusetts Ave. | Boston, MA 02118 | Marcus Linn | 617-262-8956 | 617-262-6785 |
| 1545 | Dorchester | 1175 Dorchester Ave. | Dorchester, MA 02125 | Scott Rabb | 617-436-0672 | 617-436-0894 |
| 1553 | Hyde Park | 1232 River St. | Hyde Park, MA 02136 | Pat Smith | 617-364-7421 | 617-361-6681 |
| 1554 | Jamaica Plain | 729 Centre St. | Jamaica Plain, MA 02130 | Mel Perdomo | 617-522-7010 | 617-522-1556 |
| 1566 | Roslindale | 960 American Lgn. Hwy. | Roslindale, MA 02131 | Albert Coelho | 617-327-7400 | 617-327-7958 |
| NS075 | Brookline | | | | | |
| M13 | Boston Central | 3 Deerfield Corporate Ctr., 378 Page St. | Stoughton, MA 02072 | Bill Costa | 781-341-5041 | 781-341-5046 |
| 535 | Brockton East | 317-319 Belmont St. | Brockton, MA 02301 | Eric Scolaro | 508-580-1538 | 508-580-1??? |
| 1543 | Brockton West | 728 Belmont St. | Brockton, MA 02301 | Jeff Arey | 508-584-9??? | 508-559-04?? |
| 1568 | S. Attleboro | 287 Washington St. | S. Attleboro, MA 02703 | Donna Horton | 508-761-5090 | 508-761-8630 |
| 2100 | Pawtucket | 306 Barton St. | Pawtucket, RI 02860 | James Landry | 401-723-9990 | 401-723-9993 |
| 2101 | Providence | 1224 N. Main St. | Providence, RI 02904 | Joseph Cotrone | 401-351-2400 | 401-521-1130 |
| 2102 | Providence | 1901 Westminster St. | Providence, RI 02909 | Ric Grosso | 401-521-1770 | 401-521-9876 |
| 2103 | Warwick | 1800 Post Rd. | Warwick, RI 02886 | Linda Croce | 401-732-1200 | 401-732-0027 |
| 2104 | W. Warwick | 7 Washington St. | W. Warwick, RI 02893 | David Riley | 401-823-5500 | 401-823-5431 |
| M26 | RI/MA South | 525 Old Louisquissett Pike, Bldg B-Ste 202 | Lincoln, RI 02865 | Bob Gauthier | 401-723-0933 | 401-723-1552 |
| 1546 | Fall River | Rt. 81 & Hwy 24 | Fall River, MA 02721 | Gil Silcox | 508-674-8888 | 508-674-3530 |
| 1552 | Hyannis | 1070 Iyaough Rd., #L10, Rt. 132 | Hyannis, MA 02601 | Salomao Pina | 508-778-4222 | 508-778-0180 |
| 1561 | New Bedford | 569 Mill St. | New Bedford, MA 02740 | Michael Downing | 508-996-3700 | 508-993-1260 |
| 1564 | Quincy | 1568 Hancock St. | Quincy, MA 02169 | John Buffington | 617-770-0112 | 617-770-2278 |
| 1572 | Taunton | 10 Cape Rd., Rt. 44 | Taunton, MA 02780 | Frank Cotrone | 508-823-7467 | 508-823-5629 |
| 2099 | Middletown | 1360 W. Main Rd. | Middletown, RI 02842 | | 401-849-4422 | 401-849-7973 |
| NS073 | Plymouth | | | | | |
| NS074 | Weymouth | | | | | |
| M28 | SE MA | 1910 Smith St., #2C | N. Providence, RI 02911 | Rich Swope | 401-353-0965 | 401-353-1028 |