## Orders on Motions
1:04-cv-12032-PBS Smith v. Gomez et al

United States District Court

District of Massachusetts

**PLAINTIFF'S EXHIBIT H**

Notice of Electronic Filing

The following transaction was received from Alba, Robert entered on 3/11/2005 at 10:50 AM EST and filed on 3/11/2005

**Case Name:**      Smith v. Gomez et al
**Case Number:**    1:04-cv-12032
**Filer:**
**Document Number:**

**Docket Text:**
Judge Patti B. Saris: Electronic ORDER entered denying [6] Motion to Remand. "DENIED. THERE IS NO EVIDENCE THE NONDIVERSE PARTIES HAVE BEEN SERVED." (Alba, Robert)

The following document(s) are associated with this transaction:

**1:04-cv-12032 Notice will be electronically mailed to:**

Laurie Drew Hubbard    lhubbard@littler.com

Suzanne M. Suppa    ssuppa@littler.com

**1:04-cv-12032 Notice will not be electronically mailed to:**

Marvin M. Smith
One Administration Rd.
Bridgewater, MA 02324