UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Marvin M. Smith,
    Plaintiff.

v.

Rent-A-Center, Inc., et al.
    Defendants.

CIVIL ACTION
NO. 04-12032-PBS.

REQUEST FOR HEARING

    Now comes the Plaintiff Marvin M. Smith, and move Her Honor Patti Saris, pursuant to Local Rule 7.1(d), Request for Hearing on the Plaintiff's Verified Emergency Motion For Relief From Judgment And Rule 59 Reconsideration.

Dated: May 12, 2005.

Submitted By

Marvin M. Smith
W-81728
Old Colony Correctional Center
1 Administration Road
Bridgewater, Mass 02324

CERTIFICATION OF SERVICE

    I, Marvin M. Smith, certify, that I did cause the service of this Request For Hearing to be served on the Defendants Counsel Suzanne M. Suppa, by mailing the same in care of Counselor at Littler Mendelson One International Place Suite 2700 Boston, Massachusetts 02110, on the 12th day of May 2005.

Marvin M. Smith