UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12032-PBS

Marvin Smith,
Plaintiff,

v.

Rent-A-Center, et al,
Defendants.

## ORDER OF REMAND

SARIS, D.J.                                                                                             May 17, 2005

In accordance with this Court's Order issued on the record in open court on April 25, 2005, the above-entitled action is hereby remanded to Suffolk Superior Court, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk